# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 18-413 DSF (KSx) | Date | 3/9/18 |
| Title | Edward Garcia v. 3M Company | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motion to Remand (Dkt. No. 17)[1]

The Court is persuaded by a preponderance of the evidence that the amount in controversy in this case exceeds $75,000. The motion to remand is DENIED.

IT IS SO ORDERED.

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 19, 2018 is removed from the Court's calendar.