JS-6

TODD H. HARRISON, ESQ. (SBN 230542)
BRENNAN S. KAHN, ESQ. (SBN 259548)
**PERONA, LANGER, BECK, SERBIN & HARRISON, APC.**
300 East San Antonio Drive
Long Beach, California 90807
T: (562) 426-6155 / F: (562) 490-9823

Attorneys for Plaintiff, Edward Garcia

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GARCIA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>3M COMPANY, a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | **Case Number:** 2:18-cv-00413-DSF-KSx<br><br>*(Assigned to Hon. Dale S. Fisher, U.S. District Judge, and Hon. Karen L. Stevenson, Magistrate Judge, Courtroom 7D)*<br><br>**ORDER RE: DISMISSING ACTION WITH PREJUDICE**<br><br>SBSC Complaint:      December 20, 2017<br>Date of Removal:      January 17, 2018 |

Good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice, in its entirety and as to all defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear her/its own costs and attorneys' fees.

DATED: November 30, 2018    SIGNED:

_____
Hon. Dale S. Fisher
United States District Judge

1
ORDER RE: DISMISSING ACTION WITH PREJUDICE